IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTHONY HAMLET,

    Plaintiff,

v.                                                                No. CV 14-0421 KG/SCY

FEDERAL BUREAU OF INVESTIGATION, et al.,

    Defendants.

## ORDER OF DISMISSAL

    This matter is before the Court *sua sponte*. Plaintiff filed a largely incomprehensible complaint, unaccompanied by a filing fee or motion to proceed under 28 U.S.C. § 1915. Furthermore, the record indicates that recent mailings to Plaintiff have been returned undelivered (Docs. 3, 4), with notations that Plaintiff is no longer in custody. It appears that Plaintiff has changed his address without notifying the Court, as required by D.N.M.LR-Civ 83.6. Because Plaintiff has failed to maintain contact with the Court, comply with statutory filing requirements and local rules, or show cause for excusing the failures, *see Baker v. Suthers*, 9 F. App'x 947, 949 (10th Cir. 2001), the Court will dismiss the complaint.

    IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED, and this action is DISMISSED.

_____
UNITED STATES DISTRICT JUDGE